B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court

_____ Northern _____ District Of _____ Illinois _____

In re _____ Jovanna Clements _____ ,                     Case No. _____ 11-7505 _____
                          Debtor

                                                                Chapter _____ 13 _____


## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑     IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐     IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ 68.50 _____     Check one ☑  With the filing of the petition, or
                                        ☐  On or before _____

$ _____ 68.50 _____     on or before _____ April 8, 2011 _____

$ _____ 68.50 _____     on or before _____ May 13, 2011 _____

$ _____ 68.50 _____     on or before _____ June 10, 2011 _____

☑     IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.


                                                BY THE COURT


Date: _3-17-11_                                 _Susan Pierson Sonderby_
                                                United States Bankruptcy Judge